416 A.2d 1010
**COMMONWEALTH of Pennsylvania**
v.
**David K. MILLER, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 22, 1980.

Decided July 3, 1980.

George E. Lepley, Jr., Asst. Public Defender, for appellant.

Robert F. Banks, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as improvidently granted.